THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LONG ISLAND RAILROAD COMPANY et al., Respondents, *v.* THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK FOR THE FIRST DISTRICT et al., Appellants.

*People ex rel. L. I. R. R. Co.* v. *Public Service Comm.*, 181 App. Div. 465, affirmed.

(Argued May 28, 1918; decided June 11, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 25, 1918, which sustained a writ of certiorari and annulled a determination of the public service commission of the state of New York for the first district, in so far as said determination disallowed expenditures said to have been necessarily made by the relator, the Long Island Railroad Company, on street structures of public service corporations in the work of grade crossing elimination required by the order of said commission, amounting with interest to November 23, 1916, to the sum of $15,791.58; and expenditures said to have been necessarily made by the relator, the Long Island Railroad Company, for corporation inspectors appointed by the president of the borough of Queens for said work of

grade crossing elimination, amounting, with interest to November 23, 1916, to the sum of $974.71, with $50 costs and disbursements to the relator, the Long Island Railroad Company. Defendants argued that the expense of shifting trolley tracks and gas and water pipes should have been paid for by the trolley, water and gas companies and that the expense for inspectors was unwarranted.

*Oliver C. Semple* and *William L. Ransom* for Public Service Commission, appellant.

*William P. Burr, Corporation Counsel* (*John P. O'Brien* and *Vincent Victory* of counsel), for City of New York, appellant.

*Alfred A. Gardner* and *Joseph F. Keany* for Long Island Railroad Company, respondent.

*Edward J. Crummey* for Newtown Gas Company, respondent.

Order affirmed, with costs, on opinion of SCOTT, J., below.

Concur: CHASE, HOGAN, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J.